**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-7004

JEROME DARRELL BELL,

        Plaintiff - Appellant,

     v.

MS. RODGERS, C/O at Indian Creek Correctional Center,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Roderick Charles Young, District Judge.  (3:25-cv-00695-RCY-MRC)

Submitted:  April 23, 2026                                  Decided:  May 14, 2026

Before NIEMEYER, THACKER, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jerome Darrell Bell, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome Darrell Bell appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint for failure to prosecute. We have reviewed the record and discern no abuse of discretion. *See Attkisson v. Holder*, 925 F.3d 606, 625 (4th Cir. 2019) (stating standard of review). Accordingly, we affirm the court's judgment. *Bell v. Rodgers*, No. 3:25-cv-00695-RCY-MRC (E.D. Va. Oct. 24, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
